IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENT GLASS DESIGN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-4282 |
| SCIENSTRY, INC., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 12th day of February, 2014, upon consideration of Defendant, Scienstry, Inc.'s, "Supplemental Motion to Dismiss Plaintiff's Amended Complaint and/or Transfer Venue" (Doc. 12), and Plaintiff, Bent Glass Design's Response in Opposition, and the oral arguments set forth by the parties at a hearing held on January 24, 2014, it is hereby **ORDERED** that said Motion is **DENIED**.

It is **FURTHER ORDERED** that Defendant's "Motion to Dismiss Plaintiff's Complaint and/or Transfer Venue" (Doc. 6) is **DISMISSED AS MOOT**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE